United States Courts
Southern District of Texas
FILED
*June 17, 2025*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:24 Cr. 639 |
| | § | |
| JESUS CARLOS SILVA, | § | |
|     a/k/a "Carlos Silva," | § | |
| | § | |
| | § | |
| Defendant. | § | |

## INFORMATION

THE UNITED STATES CHARGES:

### COUNT ONE
(Conspiracy – 18 U.S.C. § 371)

### The Immigration Scheme

1. At various times material to this Information, defendant JESUS CARLOS SILVA, a/k/a "Carlos Silva," the defendant, was a resident of Houston, Texas.

2. From in or about March 2022 through in or about December 2024, JESUS CARLOS SILVA, a/k/a "Carlos Silva," and others known and unknown to the grand jury, operated a scheme to defraud immigrants to the United States with the false promise that SILVA would help those immigrants obtain U.S. citizenship or other legal immigration status (the "Immigration Scheme"). The targets of the fraud were primarily Spanish-speaking immigrants living in Texas, Illinois, Louisiana, and Florida (the "Victims").

3. As part of the Immigration Scheme, JESUS CARLOS SILVA, a/k/a "Carlos Silva," made various material misrepresentations and false statements to Victims in order to induce Victims to pay thousands of dollars to SILVA. SILVA pretended to be an immigration attorney affiliated with a Houston-based law firm. In fact, SILVA was not an attorney. SILVA told

1

Victims, most of whom lacked legal immigration status in the United States, that he could help them obtain U.S. citizenship and/or other legal immigration status. SILVA represented to some of the Victims that he had a close relative or contact who worked for the U.S. Citizenship and Immigration Services ("USCIS") who would process the Victims' applications.

4. JESUS CARLOS SILVA, a/k/a "Carlos Silva," worked with at least two other unindicted co-conspirators ("CC-1" and "CC-2") to execute the Immigration Scheme. SILVA, CC-1, and CC-2 met with Victims at various locations in the vicinity of Chicago, Illinois and Houston, Texas to pitch the Victims on paying them for immigration services, and to collect payments from the Victims. SILVA and CC-1 also communicated with Victims by cellphone regarding the status of their cases.

5. JESUS CARLOS SILVA, a/k/a "Carlos Silva," charged Victims thousands of dollars per person for SILVA's assistance with their immigration cases. Victims paid SILVA by various means, including by sending cashier's check and checks through the mail to addresses in Houston, Texas, sending money orders, and providing SILVA, CC-1, and CC-2 with cash and checks in person. As part of the Immigration Scheme, SILVA defrauded over 150 Victims.

6. After taking the Victims' money, JESUS CARLOS SILVA, a/k/a "Carlos Silva," did not provide the Victims with any actual assistance with their immigration status and did not procure legal immigration status for them. Instead, SILVA would provide Victims with a variety of excuses as to why they had not seen any progress in their applications, and eventually would stop responding to Victims' communications. On multiple occasions, SILVA directed Victims to travel to Houston, Texas for an alleged appointment with USCIS. Once the Victims arrived in Houston, SILVA gave excuses for why he could not meet them, and the Victims learned there was no actual appointment.

**The Conspiracy**

7. Beginning in or about March 2022 through in or about December 2024, in the Southern District of Texas and elsewhere, JESUS CARLOS SILVA, a/k/a "Carlos Silva," the defendant, and others known and unknown, did willfully, that is, with the intent to further the objects of the conspiracy, and knowingly conspire, confederate, and agree together and with each other to commit offenses against the United States, that is:

    a. to knowingly and with intent to defraud, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice and attempting to do so, place in a post office and authorized depository for mail matter, a matter and thing to be sent and delivered by the Postal Service, and deposit and cause to be deposited a matter and thing to be sent and delivered by a private and commercial interstate carrier, and take and receive therefrom, a matter and thing, and knowingly cause to be delivered by mail and such carrier according to the direction thereon, and at the place at which it was directed to be delivered by the person to whom it was addressed, a matter and thing, in violation of Title 18, United States Code, Section 1341.

    b. to knowingly and with the intent to defraud, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowingly transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme and artifice, in violation of Title 18, United States Code, Section 1343.

## Purpose of the Conspiracy

8. The purpose of the conspiracy was for JESUS CARLOS SILVA and his co-conspirators to enrich themselves through the execution of the Immigration Scheme described above.

## Overt Acts

9. In furtherance of the conspiracy and to achieve the objects thereof, JESUS SILVA committed and caused to be committed, in the Southern District of Texas and elsewhere, at least one of the following overt acts, among others:

   a. On or about June 17, 2022, SILVA knowingly caused Victim G.C. to send a cashier's check from a United States Postal Service office in Cicero, Illinois to an address for SILVA in Houston, Texas.

   b. On or about August 20, 2022, SILVA knowingly caused Victim I.M. to send a $6,000 cashier's check from a UPS store in La Grange, Illinois, to an address for SILVA in Houston, Texas.

   c. On or about October 3, 2022, SILVA knowingly caused Victim I.M. to send a $4,500 cashier's check from a UPS store in La Grange, Illinois to an address for SILVA in Houston, Texas.

   d. On or about March 13, 2023, SILVA, who was located in the United States, knowingly made a phone call to CC-1, who was traveling in Mexico.

   e. On or about March 30, 2023, SILVA, who was located in the vicinity of Houston, Texas, made a phone call to Victim A.P., who was located in the vicinity of Chicago, Illinois.

   All in violation of Title 18, United States Code, Section 371.

## NOTICE OF CRIMINAL FORFEITURE
(18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c))

10. Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice to the defendant,

**JESUS CARLOS SILVA**,

that in the event of his conviction of Count One of this Information, the United States will seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to the conspiracy.

11. The United States also gives notice that it will seek a money judgment against the defendant.

12. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the amount of the money judgment.


NICHOLAS J. GANJEI
United States Attorney


By: */s/ Brad R. Gray*
Brad R. Gray
Assistant United States
Attorney 713-567-9000